IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Case No. D-1-GN-23-003613; In the 98th Judicial District Court of Travis County, Texas.
Complete style provided on Page 3.

2. Was jury demand made in State Court?  ☒ Yes  ☐ No

If yes, by which party and on what date?

Epi's Canoe & Kayak Team, LLC; Jessie Fuentes
Party Name

July 7, 2023
Date

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

For Plaintiffs Epi's Canoe & Kayak Team LLC and Jessie F. Fuentes: Carlos Evaristo Flores, Martha L. Cigarroa, Natalie Shanel Lewis, Antonia A. Taylor of Whitworth Cigarroa PLLC, 602 Calton Suite 201, Laredo TX 78041 Tel: (956) 727-4441 Fax: (956) 727-2696 and DeAnda Law Firm, 212 Flores Ave., Laredo TX 78040 Tel: (956) 726-0038.
Complete list of Defendants and attorneys of record provided on Page 3.

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

All Defendants were not served at the time of filing the removal. Per the docket sheet attached to the removal notice (Exhibit C), service had been requested, but not completed.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION**:

| | |
|---|---|
| M. David Bryant | 07/24/2023 |
| Attorney for Removing Party | Date |

State Defendants (all)
Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

State Court information (continued)

1. Complete style of the case:
Epi's Canoe & Kayak Team, LLC and Jessie F. Fuentes v. State of Texas; Greg Abbott in his official capacity as Governor of the State of Texas and Commander-in-Chief of the Texas Military Department; Steve McCraw in his official capacity as Director/Colonel of the Texas Department of Public Safety; the Texas Department of Public Safety; Major General Thomas Suelzer in his official capacity as Adjutant General of the Texas Military Department (aka Texas National Guard); and the Texas Military Department (aka Texas National Guard).

1. List of all Defendants in the case:
For Defendants State of Texas, Governor Greg Abbott, Steve McCraw, Texas Department of Public Safety, Major General Thomas Suelzer, and the Texas Military Department: M. David Bryant, Munera Al-Fuhaid of Office of the Attorney General of Texas, P.O. Box 12548, MC 0009, Austin TX 78711-2548 Tel: (512) 936-2172 Fax: (512) 457-4410