IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EPI'S CANOE & KAYAK TEAM, LLC, and JESSIE F. FUENTES, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-836-DII |
| STATE OF TEXAS, et al., | § § § | |
| Defendants. | § § | |

## ORDER

**IT IS ORDERED** that Defendants State of Texas, et al., shall file a response to Plaintiffs Epi's Canoe and Kayak Team, LLC and Jessie F. Fuentes's motion to remand, (Dkt. 6), on or before **August 3, 2023**.

**SIGNED** on July 27, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1